IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11108
Summary Calendar
_____


JAMES W. GREEN,

                                        Plaintiff-Appellant,

versus

JOHN HSU, Trustee, ET AL.,

                                        Defendants,

TRAVELERS INSURANCE COMPANY;
COMMERCIAL CREDIT CORPORATION,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:91-CV-2726-T
- - - - - - - - - - -
June 10, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

    James W. Green appeals from the dismissal of his suit

brought under the Employee Retirement Income Security Act (ERISA)

following remand.  We have reviewed each issue he has properly

raised.  The district court did not err in granting summary

judgment in favor of the defendants with respect to Green's claim

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

under § 502(a)(1)(B) of ERISA.  <u>See</u> <u>Duhon v. Texaco, Inc.</u>, 15 F.3d 1302, 1305 (5th Cir. 1994).  The district court did not abuse its discretion in denying Green's recusal motions.  <u>See</u> <u>Liteky v. United States</u>, 510 U.S. 540, 554-56 (1994).  The "law of the case" precludes the reexamination of  Green's § 510 claim under ERISA.  Green's other issues are beyond the scope of remand and are not addressed.  <u>See</u> <u>Burroughs v. FFP Operating Partners</u>, 70 F.3d 31, 33 (5th Cir. 1996).

The judgment is AFFIRMED.  All outstanding motions are DENIED.